IN THE United States District Court 2
Western District of Louisiana
Shreveport Division

Plaintiffs: ~~Chuck L. Jarrel~~                Civil Action No.
          Jerome J. Card, Sr.                  Judge
          Versus                               Magistrate Judge
Defendants: Carsey-Werner
            William Henry Cosby, Jr.

**5:08cv0789  SEC P**

Filed: _____

RECEIVED
JUN 02 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

A Civil Action
Personal Injury
Tort

MAY IT PLEASE THE COURT:

Now on this occasion in the year of our Lord Two-Thousand Eight comes Plaintiff and Co-Plaintiff Chuck L. Jarrel and Jerome J. Card, Sr., who brings a civil action personal injury tort claim against the Defendants Carsey-Werner (William Henry Cosby, Jr.) Productions. Statement of Case, Statement of Claim and Relief Sought ~~from~~ the Court listed as follows, To-W.T:

Jurisdiction

This Honorable Bar Holds Jurisdiction pursuant to the United States Constitution (binding on states) Right to petition.

Pro-se  Chuck S. Jarrel   Doc# 122727
Respectfully Submitted
2984 Old Plain Dealing Rd.
Plain Dealing, La. 71064
I.D. #48822      Dorm D-4

## Statement of THE CASE

That on April 17th 2008 The KSHV WB Channel 45 3519 Jewella Ave Shreveport, Louisiana 71109-4419 PH.# (318) 635-5080 Aired a "Sitcom" "A Different World" products of Carsey-Werner (William Henry Cosby, Jr.) Productions, at 68 Southfield Ave Suite 100 Stanford, Ct. 06902-7223 PH.#(203)921-0384. This particular episode of "A Different World", were viewed by Plaintiff Chuck L. Jarrell and Co-Plaintiff Jerome J. Caro, Sr. between the 3:30 P.M. and 4:30 P.M. hours on April 17th 2008 at 2984 Old Plain Dealing Rd Plain Dealing, Louisiana 71064

## Statement of The Claim

That the Graphics, Language and Scenes viewed by the Plaintiff Chuck L. Jarrell and Co-Plaintiff Jerome J. Caro, Sr. On April 17th 2008 while watching (viewing) the "Sitcom" "A Different World" have caused harrassment, pain and suffering and Loss of Affection (present and future) the direct results caused from the Defendants Carsey-Werner (William Henry Cosby, Jr.) Productions in That particular episode of "A Different World". The Plaintiffs already live in an highly racial Challenged Invirament (Bossier Medium Security) and Contend that because of this Sitcom their Invirament have become even more Challenging and Dangerous. Specifics to be Shown at the hearing on the merits and/or trial in this matter. Plaintiffs Requests oral arguments

_Chuck L. Jarrell_  /  _Jerome J. Caro Sr._
Chuck L. Jarrell / Jerome J. Caro, Sr.

## Conclusion

That CHUCK L. JARRELL Holds all rights to this suit. Any negotiations and/or litigation will be done by him only.

Plaintiffs contends that William Henry Cosby, Jr. Created the sitcom but CARSEY-WERNER Produced it. Plaintiffs ask the Court to delete any none responsible party. Plaintiffs contend that there's more pressing matters relevant to the suit to be introduced at Trial.

## Prayer

Plaintiffs prays that the Court deem the foregoing Reason(s) to order hearing on the merits and thereafter set the matter for Trial.

## Desired Relief Sought by the Plaintiff

For HARRASSMENT, PAIN And SUFFERING caused Plaintiffs CHUCK L. JARRELL and JEROME J. CARO, SR. as a Direct Result of CARSEY-WERNER Productions (William Henry Cosby, Jr) For the Aforementioned sitcom, The Plaintiffs CHUCK L. JARRELL AND JEROME J. CARO, SR. asks for Seventy-Five Thousand Dollars ($75,000 ⁰⁰) each.

For LOSS of AFFECTION caused Plaintiffs CHUCK L. JARRELL and JEROME J. CARO, SR. as a direct result of CARSEY-WERNER Productions (William Henry Cosby, Jr) for the Aforementioned sitcom the Plaintiffs asks for One-Hundred Thousand Dollars ($100,000 ⁰⁰) each.

That the Defendants CARSEY-WERNER be ordered to pay agency against hate Crimes within the Shreveport/Bossier Jurisdiction a Substantial Amount because of Link between the Defendants type sitcom and the hate crimes within those Jurisdictions. That Defendants be ordered to pay all cost herein and after.

Pro-se     Chuck L. Jarrell    Jerome J. Caro Sr.
                Respectfully Submitted

5

## ORDER

THE Above and foregoing suit Considered;

IT IS HEREBY ORDERED, that the Clerk of this Court set a hearing date on the merits on the foregoing and forth coming suit for the _____ day of _____ 2008, at 9:00 A.m., in this Courthouse located in Shreveport, Louisiana.

IT IS FURTHER ORDERED, that the Clerk issue the proper writs ordering that the Defendants CARSEY-WERNER productions (William Henry Cosby, Jr.) be served by warrant through the U.S. Marshalls office to appear and answer Complaints, that defendants be served at CARSEY-WERNER 68 Southfield ave Suite 100 Stanford, Ct. 06902-7223 PH#(203)921-0384

It Is Further ORDERED, that the Clerk issue the proper writs to the Plaintiffs Custodian "LARRY DEAN" Sheriff of Bossier Parish [Transportation Division] to deliver The Plaintiffs CHUCK L. Jarrell and Jerome J. Caro, sr. To The U.S. Courthouse at 300 Fannin Street Shreveport, Louisiana on the above set date and time. Plaintiffs are house of at 2984 old Plain Dealing Rd. Plain Dealing, La. 71064.

Signed and ordered in Shreveport, Louisiana on the _____ day of _____ 2008

_____
Honorable Judge

*Chuck L. Jarrell*   */Jerome J. Caro Sr./*
CHUCK L. JARRELL / Jerome J. CARO, SR.

1

In THE United States District Court
Western District of Louisiana
Shreveport Division

## Contents      pg. 1

A Civil Action    pg. 2

Jurisdiction    pg. 2

Statement of The Case    pg. 3

Statement of the Claim    pg. 3

Conclusion    pg. 4

RRAYER    pg. 4

Desired Relief Sought by the Plaintiffs    pg. 4

[ORDER]    pg. 5

Pro-se   *Chuck S. Jarrell*
Respectfully Submitted
CHUCK L. JARRELL
2984 Old Plain Dealing Rd.
Plain Dealing, La. 71064
ID 48922      DORM - D-4

Pro-se   *Jerome J. Caro Sr.*
Respectfully Submitted
JEROME S. CARO, SR.  392567
2984 Old Plain Dealing Rd.
Plain Dealing, La. 71064
ID 51372      Dorm D-4

Civil